United States District Court
Southern District of Texas
ENTERED

JUL 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 6  1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SANTOS LERMA OLIVARES | § § | |
| VS. | § | CIVIL ACTION NO. B-97-174 |
| UNITED STATES OF AMERICA | § § | |

### ORDER

Petitioner, Santos Lerma Olivares, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by September 11, 1998.

DONE at Brownsville, Texas, this 6th day of July 1998.

_____
John Wm. Black
United States Magistrate Judge