IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS LERMA-OLIVARES | § | |
| | § | CIVIL ACTION NO. B-97-174 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-224-01 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 20, 1999 should be adopted and the petition be dismissed. All pending motions are hereby DISMISSED.

DONE in Brownsville, Texas, on this 17th day of February 1999.

Filemon B. Vela
United States District Judge